BOARD OF EDUCATION OF THE CITY OF ASBURY PARK, PLAINTIFF-PETITIONER, v. FLOYD G. HOEK, DEFENDANT-RESPONDENT.

See same case below: 75 *N. J. Super.* 182.

*Mr. Joseph N. Dempsey* for the petitioner.

*Mr. Edward W. Currie* for the respondent.

November 12, 1962.   Denied.

EDWARD J. VAN WAGNER, PLAINTIFF-PETITIONER, v JOHN H. F. ENZ, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 75 *N. J. Super.* 251.

*Messrs. Abrams, Kestenbaum & Hendricks* and *Mr. Walter P. Romer* for the petitioner.

*Mr. Walter A. Beers* for the respondents.

November 12, 1962.   Denied.